FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDIE CENCICH,<br><br>               Plaintiff,<br><br>   v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign insurer,<br><br>               Defendant. | NO: 2:18-CV-228-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice, ECF No. 4. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 4**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment for dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 19, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge